In the Matter of the Application of IDA YOUDKOFSKY, to Compel DAVID L. DELMAN, an Attorney at Law of the State of New York, to Pay over Certain Moneys. DAVID L. DELMAN, Appellant; IDA YOUDKOFSKY, Respondent.— Order directing a reference as to the reasonable value of services of David L. Delman, on petitioner's motion to compel him to turn over moneys, unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.